# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT DONNELL,** : | |
|    Petitioner, : | |
| : | **No. 1:20-cv-1995** |
| v. : | |
| : | **(Judge Rambo)** |
| **CATRICIA HOWARD,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 29th day of December 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge
